JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS INC., <br><br> Plaintiff, <br><br> v. <br><br> LF STORES CORP., et al., <br><br> Defendants. | Case No.  CV 16-00706 BRO (MRWx) <br><br> **JUDGMENT FOR PLAINTIFF** |

On August 19, 2016, the court entered an order granting plaintiff's motion for default judgment against defendant I Joah.  Accordingly,

IT IS ORDERED AND ADJUDGED

1. That judgment in the total amount of $32,856.44 is hereby granted and entered against I Joah and in favor of Star Fabrics, Inc.;
2. That the action be, and it hereby is, dismissed.

Dated: August 22, 2016

_____
BEVERLY REID O'CONNELL
United States District Court Judge

1.